Jessica R. Lohr (Bar No. 302348)
**TROUTMAN SANDERS LLP**
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  858.509.6044
Facsimile:   858.509.6040

Attorney for Defendant
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| GREG DUTKA,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 2:19-cv-01231-JAM-DB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES** |

Good cause having been shown, the parties' Joint Motion for Extension of Time for Expert Disclosures is GRANTED.  Therefore, any expert disclosure must be submitted on or before July 3, 2020, and any supplemental or rebuttal expert disclosure must be submitted on or before July 17, 2020.  The remaining discovery deadlines, set forth in the Status Order (Docket No. 9) entered October 3, 2019, remain unchanged.

IT IS SO ORDERED

DATE: May 19, 2020                              /s/ John A. Mendez_____

                                                U. S. District Court Judge