Jessica R. Lohr (Bar No. 302348)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:   858.509.6044
Facsimile:   858.509.6040

Attorney for Defendant
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG DUTKA,<br><br>           Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>           Defendant. | Case No. 2:19-cv-01231-JAM-DB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER** |

Good cause having been shown, the parties' Joint Motion to Amend the Scheduling Order is GRANTED.  Therefore, discovery must be completed by September 22, 2020, and dispositive motions must be filed by October 26, 2020.  A hearing on the parties' dispositive motions will be heard on January 12, 2021 at 1:30 p.m.  The parties joint pretrial statement shall be filed no later than February 12, 2021.  The final pre-trial conference will take place on February 19, 2021 at 10:00 a.m.  Jury trial shall be scheduled on March 29, 2021.  The parties estimate a trial length of approximately 2 to 3 days.

IT IS SO ORDERED

DATE: July 14, 2020                                         /s/ John A. Mendez_____

                                                                         U. S. District Court Judge