Jessica R. Lohr (Bar No. 302348)
**TROUTMAN SANDERS LLP**
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6044
Facsimile: 858.509.6040

Attorney for Defendant
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| GREG DUTKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 2:19-cv-01231-JAM-DB<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**Hon. John A. Mendez** |

Plaintiff Greg Dutka ("Dutka") and Defendant Ocwen Loan Servicing, LLC ("Ocwen") (jointly the "Parties"), herby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Ocwen, without acknowledging liability or wrongdoing, and Dutka, without acknowledging liability or wrongdoing, have agreed to fully and completed settle this matter;
4. The Parties are to bear their own fees and costs;

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

- 1 -

STIPULATION TO DISMISS ACTION
CASE NO. 2:19-CV-01231-JAM-DB

5. The settlement between Dutka and Ocwen is memorialized in a written settlement agreement, now fully executed by Ocwen and Dutka; and

6. The parties agree that this Court may proceed to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 29, 2020

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Jessica R. Lohr*
Jessica R. Lohr

*Attorney for Defendant*

Dated: October 29, 2020

**CHRISTOPHER R. MILTENBERGER, PLLC**

By: */s/ Christopher Miltenberger*
Christopher Miltenberger

*Attorney for Plaintiff*

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

- 2 -

STIPULATION TO DISMISS ACTION
CASE NO. 2:19-CV-01231-JAM-DB

39686634